```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| DIRECTV, INC., | : | CIVIL ACTION NO. 04-2567 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| KEVIN HERMAN, et al., | : |  |
| Defendants. | : |  |

**IT APPEARING** the action has been terminated insofar as it concerned the defendants Kevin Herman and Keith Saracinello (see 12-13-04 Ord., 5-27-05 Ord.); and the plaintiff advising the action insofar as it concerns the defendant Robert Rutledge has been settled (11-21-05 Ltr.);[1] and the Court intending to dismiss the complaint insofar as it is asserted against Rutledge, without costs and without prejudice to reopen the action as to Rutledge, on good cause shown within 60 days, if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

        s/ Mary L. Cooper
        **MARY L. COOPER**
        United States District Judge

---

[1] The stipulation annexed thereto will be filed by the Court soon.